IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRED DAVOLI, BEVERLY DAVOLI, )<br>VIRGINIA THOMAS, JOHN SCHMUKER, )<br>EQUITABLE GAS COMPANY, EAST )<br>PITTSBURGH BORO, ALLEGHENY )<br>COUNTY, WOODLAND HILLS SCHOOL )<br>DISTRICT, )<br>)<br>Defendants. ) | Civil Action No.  04 - 1035<br><br>Judge Gary L. Lancaster/<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

The Court held a status conference on March 13, 2006, at which the parties indicated this case could be decided on dispositive motions.  An April 13, 2006 deadline was imposed for the filing of dispositive motions, with responses to said dispositive motions due within 30 days.  Plaintiff filed a timely Motion for Summary Judgment (Doc. No. 44) along with an Affidavit (Doc. No. 45) and a Brief in Support (Doc. No. 46) on April 13, 2006.  Plaintiff filed an Affidavit (Doc. No. 47) on May 24, 2006 that indicated no opposition to their summary judgment had been filed, nor had an extension been requested.  Therefore,

**IT IS ORDERED** this 23rd day of October, 2006, that any opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 44) be filed no later than **November 13, 2006.**

**IT IS FURTHER ORDERED** that any party not opposing Plaintiff's summary judgment motion shall file a response indicating their position no later than **October 30, 2006.**

                                            Lisa Pupo Lenihan
                                            United States District Judge

cc:    Al counsel of record.