IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-1035 |
| ) | |
| FRED DAVOLI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT

Having considered the United States of America's motion for entry of judgment, the Court concludes that the motion should be granted. Accordingly, it is this 27th day of February, 2007, ORDERED AND ADJUDGED as follows:

1.  The United States' motion for entry of judgment is granted.

2.  Judgment shall be entered in favor of the United States and against defendant Virginia Thomas adjudicating her interest in the property located at 340 Electric Avenue, East Pittsburgh, Pennsylvania junior to the United States federal tax lien.

3.  The Clerk shall distribute conformed copies of this order to the parties listed below.

4.  The United States may move for approval of an order to sell the aforementioned property located at 340 Electric Avenue, East Pittsburgh, Pennsylvania.

5.  The Clerk shall mark the instant case administratively closed.

2265081.1

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Joshua D. Smeltzer
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

George P. Geyer, Jr.
4318 Penn Avenue
Pittsburgh, PA 15224

Brian T. Lindauer
Goehring, Rutter, & Boehm
1424 Frick Building
Pittsburgh, PA 15219

S. James Wallace
Griffith McCague & Fernsler
707 Grant Street
Gulf Tower, 38th Floor
Pittsburgh, PA 15219

G.N. Evashavik
Evashavik & Evashavik
310 Grant St.
520 Grant Building
Pittsburgh, PA 15219

Byron D. Xides
Allegheny County Law Department
445 Fort Pitt Boulevard
Pittsburgh, PA 15219